THOMAS H. BENTON, PLAINTIFF IN ERROR, v. CITY OF ELIZABETH, DEFENDANT IN ERROR.

61 693/
62e 305/

[*Submitted March 25th, 1898; decided June 20th, 1898.*]

On error to the Supreme Court. For opinion of the Supreme Court, see *ante p.* 411.

For the plaintiff in error, *John T. Dunn & Son.*

For the defendant in error, *C. Addison Swift* and *Frank Bergen.*

PER CURIAM.

Understanding that the majority opinion of the Supreme Court does not affirm a right in the National Transit Company to operate a pipe line in this state, but, in absence of any question upon that point, merely assumes, for the purpose of reaching the points mooted, that the company named has authority from this state to lay a pipe line, we vote to affirm the judgment below for the reasons stated in that opinion.

*For affirmance*—THE CHANCELLOR, DEPUE, LIPPINCOTT, ADAMS, BOGERT, HENDRICKSON, NIXON. 7.

*For reversal*—GUMMERE, LUDLOW, VREDENBURGH. 3.